1014 

No. 00–9210. HAWTHORNE v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. 

No. 00–9231. KEY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–9240. AIKENS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–9252. ROLLOCK v. UNITED STATES PAROLE COMMISSION. C. A. 3d Cir. Certiorari denied. 

No. 00–9255. VALENTINE v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 00–9263. LUVIANO v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 00–9269. CUEVAS-ANDRADE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 00–1109. OKLAHOMA v. WOOD. Ct. Crim. App. Okla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 00–7406. INGRAM v. SOUTH CAROLINA ET AL., 531 U. S. 1162;
No. 00–7543. MACON v. CALIFORNIA, 531 U. S. 1168;
No. 00–7674. TWEED v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 531 U. S. 1172;
No. 00–7711. POTEETE v. CAPITAL ENGINEERING, INC., ET AL., *ante*, p. 908;
No. 00–7851. COLEMAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 926;
No. 00–7863. WALKER v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 944;
No. 00–7901. BUTLER v. DAHLBERG, ACTING SECRETARY OF THE ARMY, ET AL., *ante*, p. 910;
No. 00–7909. CONLEY v. GHEE, *ante*, p. 927;
No. 00–7914. COLLINS ET AL. v. FCC CARD NATIONAL BANK, *ante*, p. 927;

No. 00–7940. CLIFFORD *v.* TICE ET AL., 531 U. S. 1198;

No. 00–8033. GLADSTONE *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH INC., *ante,* p. 944;

No. 00–8078. LAWRENCE *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL., *ante,* p. 932;

No. 00–8085. BROWN *v.* UNITED STATES, 531 U. S. 1182;

No. 00–8218. ALI *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL., *ante,* p. 948;

No. 00–8221. IN RE FISH, *ante,* p. 940;

No. 00–8295. IN RE STERN, 531 U. S. 1142;

No. 00–8351. WERMERS *v.* HALTER, ACTING COMMISSIONER OF SOCIAL SECURITY, *ante,* p. 934;

No. 00–8538. FIELDS *v.* DALKON SHIELD CLAIMANTS TRUST, *ante,* p. 950; and

No. 00–8599. VICUNA *v.* UNITED STATES, *ante,* p. 937. Petitions for rehearing denied.

## MAY 1, 2001

No. 00–9601 (00A933). MILLS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

## MAY 14, 2001

No. 00–8283. HAYES *v.* MILLS, WARDEN. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Artuz* v. *Bennett,* 531 U. S. 4 (2000).

No. 00–8898. STEELE *v.* ORANGE COUNTY ET AL. Dist. Ct. App. Fla., 5th Dist. Motion of petitioner for leave to proceed